# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**LAWRENCE L. CRAWFORD et al.**                                                      **PETITIONERS**

**v.**                                                                **CIVIL ACTION NO. 3:08-CV-P590-S**

**STATE OF KENTUCKY et al.**                                                      **RESPONDENTS**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, **IT IS ORDERED** that the petition for a writ of habeas corpus pursuant to 28 U.S.C. §§ 2241 and 2254 is **DISMISSED**.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED as moot**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.  28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

There being no just reason for delay in its entry, this is a final Order.

Leave to appeal to the Court of Appeals *in forma pauperis* is **DENIED** pursuant to 28 U.S.C. § 1915(a)(3) because such an appeal would not be taken in good faith.

Date:

cc:     Petitioners, *pro se*

4411.009